JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DOMONIC ANTONIO COOPER, | No. ED CV 16-2098-PSG (PLA) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| S.C.A. FOXFORD, | |
| Defendant. | |

Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation, IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: 5/23/18

HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE